UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| 84 LUMBER COMPANY | CIVIL ACTION |
| VERSUS | NO. 12-1748 |
| F.H. PASCHEN, S.N. NIELSEN & ASSOCIATES, LLC, ET AL. | SECTION "R" (5) |

## ORDER AND REASONS

Defendant and third-party plaintiff F. H. Paschen, S. N. Nielsen & Associates, LLC moves for voluntary dismissal without prejudice of its claim against J&A Construction Management Resources Co. Inc.[1] For the following reasons, the Court grants the motion.

## I. BACKGROUND

This case arises out of two school construction projects in Louisiana.[2] Defendant F.H. Paschen, S.N. Nielsen & Associates, LLC (Paschen) entered into contracts to build an elementary school at the Mildred Osborne School in New Orleans (Osborne Project) and a high school in South Plaquemines Parish (South Plaquemines Project).[3] On both projects, Paschen was the

---

[1] R. Doc. 314.
[2] R. Doc. 28 at 2-3 ¶ 5.
[3] *Id.* at 3 ¶ 5.

general contractor.[4] Paschen subcontracted a portion of both projects to J&A Construction Management Resources Company, Inc. (J&A).[5] J&A in turn subcontracted a portion of its work on both projects to 84 Lumber Company.[6]

On July 5, 2012, 84 Lumber sued Paschen and other defendants, alleging that 84 Lumber was not paid in full for work performed on the Osborne and South Plaquemines Projects.[7] Paschen answered 84 Lumber's complaint and added J&A as a third-party defendant, asserting a breach of contract claim against it.[8] J&A answered Paschen's third-party complaint and filed a breach of contract counterclaim against Paschen.[9]

The Court has since dismissed J&A's counterclaim against Paschen,[10] as well as all other claims in this case apart from Paschen's claim against J&A. Trial on Paschen's claim is set for January 29. Paschen now moves for voluntary dismissal, without prejudice, of its claim against J&A. J&A does not oppose Paschen's motion, but requests dismissal with prejudice.[11]

---

4  *Id.* at 2 ¶ 5.
5  *Id.* at 3 ¶ 7.
6  *Id.* at 3 ¶ 9.
7  R. Doc. 1.
8  R. Doc. 25.
9  R. Doc. 39.
10 R. Doc. 294.
11 R. Doc. 316.

## II.     DISCUSSION

Federal Rule of Civil Procedure 41(a)(2) permits a plaintiff to dismiss her claims "only by court order, on terms that the court considers proper."[12] "[M]otions for voluntary dismissal should be freely granted unless the non-moving party will suffer some plain legal prejudice other than the mere prospect of a second lawsuit." *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002).  But "[w]here the plaintiff does not seek dismissal until a late stage and the defendants have exerted significant time and effort, the district court may, in its discretion, refuse to grant a voluntary dismissal." *Hartford Accident & Indem. Co. v. Costa Lines Cargo Servs., Inc.*, 903 F.2d 352, 360 (5th Cir. 1990).

The Court finds that J&A will not suffer legal prejudice by Paschen's voluntary dismissal without prejudice.  First, J&A does not even argue that it will suffer prejudice if the Court grants Paschen's motion.  Indeed, J&A states that it supports the motion, and merely requests that dismissal be with prejudice.[13]  Second, while trial is scheduled on January 29, J&A has not filed any substantive motions on Paschen's claim against it.  Moreover, J&A does not assert that it has expended considerable resources defending against

---

[12]     Paschen cannot dismiss its claim by right under Rule 41(a)(1) because J&A has filed an answer and has not stipulated to dismissal.
[13]     R. Doc. 316.

Paschen's claim. *Cf. Hartford Accident*, 903 F.2d at 360 (affirming denial when plaintiff moved for dismissal after "defendants expended significant time and effort litigating" action). Nor does it appear that J&A will lose any legal defenses if Paschen renews its breach of contract claim against it. *Cf. Elbaor*, 279 F.3d at 318-19 (noting that loss of a statute of limitations defense constitutes legal prejudice).

## III. CONCLUSION

For the foregoing reasons, the Court GRANTS Paschen's motion for voluntary dismissal. Paschen's claim against J&A is DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this __19th__ day of January, 2018.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

4